Your Honor

You are never going to believe all the dealings and misuse, if any use at all, of the badge I have had to witness and be a victim of. I have called Forest Grove Police Department multiple times, went to Washington County multiple times, and reported this misconduct to the Professional Public Safety Standards and Training also a few plus times. It seems to me since I have so much evidence against all of them one department covers for the other.

In this file I have given you many photos, phone calls, the stages of the house when my grandma Betty Olson first died until the destruction I kept calling about the vandalism, burglary, their involvement, their preiudice comments and attitudes when they know they weren't doing their job. This civil suite is about so many things that they have done wrong and have been a part of, and allowed to happen.

I have been assaulted, my home I got thrown out of and had to sleep in my car for a couple weeks to a month, my storage units have been broken into and yet these departments have done nothing to stop it. But yet proceeded to let the criminals

continue on doing so.

Before I was illegally evicted and Pat Garrett signed off on delivering illegal eviction papers because it was not an eviction court in Washington Co, I called the police department (Forest Grove) multiple times about break ins. I showed Jennifer Smith and a few other officers where and how they were getting in. I even reported to officer Anderson that Estella Rios had stolen my keys and told him where they lived. So I changed my locks on my house once again and then the Rios' started breaking into my car and vandalizing that as well as went to my storage unit in Hillsboro at U-Haul off of Birch and broke in there. Reported that to Wash Co Sheriff's department and still nothing done.

Another instance is officer Hess came to my house and said he was going to arrest me for the people (Ray Pena, Ashley Brookes, Tiffany Edwards, Bradley Schuetz) calling on me saying I was threatening them. The whole entire townhouses across the street from me is full of drug addicts that I knew from in my past that had stolen from me before. Ray Pena wasn't even supposed to have moved in there because he had a restraining order against me. I got evicted or had to leave my

own apartment in Beaverton because of his lies. Also stole a bunch of stuff before I moved. Time and time again every time I left one of them from the townhouses would be out there staring waiting for me to leave and every time I came back home stuff would be missing and more vandalism was done.

Another instance with officer Hess is when I showed him and the officer with him the foot prints all over the sheet rock & names (Jr and JL: JP) and peoples names and initials carved in the doors and wood. No investigation after all the phone calls, evidence/photos, paint cans, ruined etc. Still the misconduct and lack of law enforcement continued.

Now on to Bradley Schuetz. I used to go out with his uncle Benito Valdez. His family robbed me in Hillsboro and his uncle almost killed me at the 1905 Elm ST Forest Grove, OR 97116. Bradley Schuetz and his family (the Valdezs and Villareeal) I have nothing to do with. Bradley is the one who kept covering, told his family and putting mental health on the reports. That is how they were getting into my storage units. Most of Bradley Schuetz family is in and out of prison and I told the officers multiple times

that my ex's family (Valdez and Villarreal's) were all part of the break ins. Bradley Schuetz family (cousin) wrote JR on the sheet rock. His other cousin Melissa Valdez came over and asked to move in and when I told her "no" is when I saw her more and more around my house. I also found a note in my storage unit at Hillsboro West Storage (my second unit) that said Yori was here which is supposed to be in prison. (his cousin also)

Most of these people in the pictures when you do a face identifier are all supposed to be in prison.

Believe me I'm not excluding my families envolvement either!! (along with many others).

These pictures were all taken from my many phones I've had to buy and my friends camera along with my grandmas camera. They have my sim card number on them with JPG after it which is the initials for the one of the people hacking into my phone. I went to the Forest Grove Police department, file a report and even gave officer Anderson the number, who was doing it. Still nothing!! When I called to ask them about it the officer that called me back told me to change my number. Why should I have to?

When these people were vandalizing my house they stole my materials, ruined my tile and urinated everywhere, put feasies in paint cans, ruined my food, feasies and urine on my clothes, furniture, etc, broke the wood and carved in it, tore up the floors, broke down the walls, broke and stole tools, stole money, jewelry, shoes, etc., vandalized my car which the ins. totalled, and so much more you can't even imagine.

These people were allowed to do this and continue to do it even now because law enforcement don't uphold the law but assist in the criminal activity.

I am leaving the judgement to you! Look at these pictures and all what they have cost me along with emotional, mental, and physical abuse. It has been going on for years.

The chief of police even has a letter in here with the governor.

Thank you for your time.

Janell Rene' Butter

PO Box 151
Banks OR 97113

971-340-5854

Your Honor

I am filing this complaint against Judge Michelle Riney as she was the eviction Judge in my case. Judge Michelle Rini should have excused herself as a conflict of interest as she is married to my cousin Greg Swanson. The Swanson family has been stalking me for years. I am sending these pictures with this complaint to prove what I am claiming is true. Please see all evidence and grant me the subpoena for all documents from Timothy Marble that was my grandmothers attn. (Betty Olson) to prove that the residence 1905 Elm St in Forest Grove, OR 97116 is mine. I have been residing their for 8 years until Judge Henry and her family (the Swansons) wanted to take over. Timothy Marble would not answer any of my phone calls to produce the new will that my grandmother Betty Olson said she changed before her passing. I was Betty Olsons grandaughter, best friend, guardian, and the only one who didn't want to put her in a home. I took care of her for 3½-4 years before she died and the house until all these

people started destroying it. (all pictures) I even went and got money out of Newberg and Beeman (investment firm) to remodel and fix what these people destroyed. Also there is the documentation that I paid the taxes, house ins, renters ins., all the bills, and even paid for a storage unit to keep Betty Olsons possessions she told me she left to me, also safe. Timothy Marble did one heck of a job covering up and avoiding my phone calls just like Judge Riney!! Enclosed is a subpoena for the WILL (new one) for Timothy Marble. Also if you look at the evidence that was submitted it's inadmissable because they didn't have authorization to enter premises. It needs to be a 72 hr notice. Thank You For Your Time.

November 30, 2016

nor have cameras nor did I give them keys when I changed the locks

Janell Rene' Butler

Janell Rene' Butler

1639 Baseline St #151
Cornelius, OR 97113-8813
971-340-5854 or 971-727-5382

To Whom It May Concern~

OK here it goes~ I'll try to make this as short as possible. Alot needs to be explained and alot of injustice has happened and no one seems to want to keep the criminal system upheld. I have attempted to believe in the justice system and tried to do the right thing by going to the police but that has been nothing but a nightmare as well as a dead end. I have contacted the commissioner of Forest Grove, cheif of police in Forest Grove, the seargent in Wash Co and Forest Grove, state police, FBI, Internal affairs, Public Safety Standards and Training etc. and yet here I am again attempting to believe someone will end up doing there job!!

Judy Heney my aunt has been a big part of the ignorance I have had to deal with from the legal system. She used to work for Wash Co a long time ago, and was married to Larry Strdca. Judy Heney helped me in a sense by second wreck by proving I wasn't driving but then turned around and had a settlement check sent to her address and cashed it. This was in 2005 when I got my wreck but didn't know about the check for $350, to 375,000 a few months ago. This would be fraud, forgery, and theft of funds. She also is the one who

thinks she had the right to go into my grandma Betty Olsons house after they had me evicted illegally and steal my possessions along with her two sons Gary and Greg Swanson, two grandsons Dane and Mack, two granddaughters Riley and Alexa Swanson; Gregs stepson, and her husband John Henry. Gary and Greg Swansons wives were there too. When you do a face recognition you will see them in the pictures stalking me also.

My mother and father the same thing but transferred finds from my trust week to a federal national mortgage co. along with multiple other money that was supposed to go to me. That would be Barbara and Carroll Butler. But the stealing of property and everything else is the same.

Then there is Dick Olson, his two step kids (olson) JP and Ellany, as well as his girlfriend Lisa and her daughter Cory Joe.

Jason and Jeanie Butler also the samething. Jeanie Butler works for aging and veterans as the Dist Manager who was giving my electronic signature out, giving out my info along with other peoples, and also was transferring finds from some of the clients. All these people and many more were and have been for years frauding documents, stealing, stooging, and breaking so many more laws like invasion of privacy for years.

Those web pages are a major invasion of privacy. When they broke in all these years, they also stole my physiological thoughts or saying, poems, pictures off my phone, and plans for remodeling my house (grandma Betty Olson) in which I was in the middle of doing when I was evicted.

Gary Bookout knows tons of people that were stealing my stuff also because he bought alot for it and there is a video of my grandmas jewelry she gave me that was stolen from the house. He has cameras at his house so it is on video. He also said he would talk to anyone he needs to to help. (for the video!!

Then comes the kids! I put their names or most of them on the list who broke into my storage unit in Beaverton and stole everything, even my checks and went and wrote a bunch at the Christian Store in Beaverton. Check police records because they thought I was lieing once again and had me do a handwriting example. As you can see they are in the pictures at my house stealing amongst other things with their children. Called Child Welfare and police and still nothing was done. Not once but multiple times as you can see multiple pages of phone calls!!
Now to the family I was with last

the Valdez's / Villarreals, for years off and on. Here is the Valdez's Janny, Irma, Mary, Benito, and Sylvia. Sylvia has 3 sons nicknamed Bear, Yogi and then Stevie along with her daughter Tina. Then Irma has Danny, Sylvia, and Leonel Zamora. Then Janny has Omar, Tito, and Cynthia along with her grandson Bradley. In Hillsboro) they robbed my house sold my class ring at one of the pawn shops and threatened to kill me. Charges were never filed of course. Monica Valdez and her husband Mike along with JD and Rubin Valdez and all of their kids are involved too. You have the pictures and with photo or face recognition you can see what and who! Irma Valdez Bertha was hired to be my caregiver and not a person who was scoping out what to steal.

The Gonzales' are another family especially Tina and Heather. Heather Gonzales even showed up at my storage unit. Obviously stalking me. That would be U-Haul off of Cornell and Hillsboro West both in Hillsboro and both units I called and reported theft but once again Wash Co doesn't do shit as you can see in the pictures, they are involved. Lets not forget Richard, Gina, Andy, and Pete Ruben and their kids.

The Fabelos left their initials even on the door (TF). Tony, Eddie and Andy.

The Van Dykes have used or broke into my phones, my house etc. Andy, Aaron, Cole, Steve, Brian, and Nancy.

There are so many more people involved and you will be able to identify them with the face recognition.

Forest Grove and Wash Co is such a disgrace to all parts of the criminal system. I want to go into more details but would like to do it in person.

OHSU is a major disgrace also with there stuff they did to me. The half ass knee replacement and illegal and experimental procedure.

Like I said so many more companies as you can see in the files.

All I am asking for is justice to come to those who have wronged me as well as the system. This injustice from all these public servants to uphold the law is what is wrong with our society today and that is why criminals keep doing what they do!

Please Contact me and so I can come in and bring you even more evidence.

Janell Rene Butler

971-340-5854
2246 Laurel St
Forest Grove, OR 97116